Robert L. Toms, Esq. – SBN 118376
John Logan Hunter, Esq. – SBN 119877
Hunter Salcido & Toms LLP
35 North Lake Avenue, Suite 670
Pasadena, California 91101
Telephone: (626) 568-2500
Facsimile: (626) 568-2800
E-Mail: jhunter@HSTpasadena.com
E-Mail: rtoms@HSTpasadena.com

Thomas B. Fiddler, Esq. (Admitted *Pro Hac Vice*)
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
Telephone: (215) 864-7081
Facsimile: (215) 789-7564
E-Mail: fiddlert@whiteandwilliams.com

Attorneys for Petitioner
TIANJIN PORT FREE TRADE ZONE
INTERNATIONAL TRADE SERVICE CO., LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| **TIANJIN PORT FREE TRADE ZONE INTERNATIONAL TRADE SERVICE CO., LTD.**,<br><br>Petitioner,<br><br>v.<br><br>**TIANCHENG INTERNATIONAL, INC. USA**,<br><br>Respondent. | Civil Action No. 5:17-cv-02127-PA (SHKx)<br><br>**JOINT TRIAL EXHIBIT LIST**<br><br>Petition Filed: October 17, 2017<br>Trial Date: September 18, 2018 |

Petitioner, Tianjin Port Free Trade Zone International Trade Service Co., Ltd. ("Tianjin Port Free"), and Respondent, Tiancheng International, Inc. USA ("Tiancheng"), submit the following Joint Trial Exhibit List. A Final Trial Exhibit Stipulation will be filed separately.

-1-

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Petitioner's Exhibits | | |
| 1. | Arbitral Award from CIETAC dated October 9, 2015 with Certification | | |
| 2. | Respondent Tiancheng International, Inc. USA's ("Tiancheng") Responses to Petitioner's Interrogatories, Set One | | |
| 3. | Sales Contract between Tianjin Port Free Trade Zone International Trade Service Co., Ltd. ("Tianjin Port Free") and Tiancheng dated 3/5/14 | | |
| 4. | Invoice from Tianjin Port Free to Tiancheng dated 3/5/14 | | |
| 5. | Packing List by Tianjin Port Free, billed to Tiancheng, dated 3/5/14 | | |
| 6. | China Ocean Shipping Agency Head Office Bill of Lading for goods sent by Tianjin Port Free to Tiancheng | | |
| 7. | Shipping Receipt from Tianjin Port Free to Tiancheng | | |
| 8. | Notice of Arbitration from China International Economic Trade Arbitration Commission dated July 14, 2015 with Confirmation of Shipment to Tiancheng | | |

-2-

Hunter Salcido & Toms, LLP

**JOINT TRIAL EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 9. | Notice from China International Economic Trade Arbitration Commission to Tiancheng dated September 1, 2015 | | |
| 10. | Notice from CIETAC Arbitral Award to Tiancheng dated October 9, 2015 with Confirmation of Shipment to Tiancheng | | |
| 11. | Commercial Invoice from Tianjin Port Free to Tiancheng dated March 5, 2014 | | |
|  | Respondent's Exhibits | | |
| 20. | Invoices showing purchase prices of Creatine Monohydrate, Betaine HCL, and Betaine Nitrate | | |
| 21. | Emails between Petitioner representatives and email address "@tianchengpharma.com" | | |

DATED: September 11, 2018

WHITE AND WILLIAMS LLP

By: /s/ Thomas B. Fiddler
    Thomas B. Fiddler

Attorneys for Petitioner
TIANJIN PORT FREE TRADE ZONE
INTERNATIONAL TRADE SERVICE
CO., LTD.

Hunter Salcido &
Toms, LLP

JOINT TRIAL EXHIBIT LIST

PACHECO AND NEACH PC

By: /s/ Brian Neach
    Brian Neach

Attorneys for Respondent
TIANCHENG INTERNATIONAL, INC.
USA

-4-

**JOINT TRIAL EXHIBIT LIST**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 35 North Lake Avenue, Suite 670, Pasadena, California, 91101.

I hereby certify that on September 11, 2018, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system: **JOINT TRIAL EXHIBIT LIST**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on September 11, 2018, at Pasadena, California.

I declare that I am employed in the office of a member of the Bar for this Court at whose direction this service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Julie Carroll_
Julie Carroll