NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___KSS___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANJIN PORT FREE TRADE ZONE INT'L TRADE SERVICE CO., LTD,<br>PLAINTIFF(S)<br>v.<br>TIANCHENG INTERNATIONAL, INC., USA<br>DEFENDANT(S) | CASE NUMBER:<br>ED CV 17-2127 PA (SHKx)<br><br>RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the _joint_ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

9/18/2018
Date

Thomas B. Fiddler
Counsel for: ☒Plaintiff ☐Defendant ☐ _____

_[signature]_  (715) 864-7081
Signature           Telephone Number

9/18/2018
Date

Brian Neach
Counsel for: ☐Plaintiff ☒Defendant ☐ _____

_[signature]_  714-462-1700
Signature           Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

9/18/2018
Date

Clerk, U.S. District Court
By  K. Sali-Suleyman
           Deputy Clerk

G-38 (08/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING