# LIST OF EXHIBITS AND WITNESSES

| Case Number | ED CV 17-2127 PA (SHKx) | Title | Tianjin Port Free Trade Zone Int'l Trade Service Co., Ltd. v. Tiancheng Int'l |
|---|---|---|---|
| Judge | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
| Dates of Trial or Hearing | 9/18/2018 | | |
| Court Reporters or Tape No. | Myra Ponce | | |
| Deputy Clerks | Kamilla Sali-Suleyman | | |

FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Thomas B. Fiddler | Curtis C. Chen |
| | Brian Neach |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | | |

G-65 (03/07)      LIST OF EXHIBITS AND WITNESSES      Page 1 of 1

Curtis C. Chen (State Bar No. 125576)
CURTIS C. CHEN & ASSOCIATES
535 Anton Blvd., Suite 900
Costa Mesa, CA 92626
Tel: (714) 427-1868
Fax: (714) 427-1886
justice@lawofficeofcurtischen.com

Brian Neach (State Bar No. 242801)
Pacheco & Neach P.C.
3 Park Plaza, Suite 120
Irvine, CA 92614
Tel.: (714) 462-1700
Fax: (714) 462-1785
bneach@pncounsel.com

Attorneys for Tiancheng International, Inc., USA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TIANJIN PORT FREE TRADE ZONE INTERNATIONAL TRADE SERVICE CO., LTD., <br><br> Petitioner, <br><br> vs. <br><br> TIANCHENG INTERNATIONAL, INC. USA, <br><br> Respondent. | Case No. 5:17-cv-02127-PA (SHKx) <br><br> Hon. Percy Anderson <br> First Street Courthouse: Courtroom: 9A <br><br> **WITNESS LIST/NOTICE OF FILING OF TIANCHENG INTERNATIONAL, INC. USA'S DIRECT TESTIMONY DECLARATIONS** <br><br><br> Petition Filed: October 17, 2017 <br> Trial Date: September 18, 2018 |

To the Court, the parties, and their counsel of record, please take notice that Respondent Tiancheng International, Inc. USA ("Tiancheng") files herewith the Direct Testimony Declarations of the following witnesses whom Tiancheng intends to present at trial in this matter on September 18, 2018.

1. Li Zhe "Jerry" Zhang   9/18/2018
2. Xiaoling "Lance" Ding   9/18/2018
3. Jesus Flores, Jr.   9/18/2018

DATED: September 4, 2018

By:     /s/ Brian Neach
        Brian Neach

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

>John Logan Hunter
>Robert L. Toms
>Hunter Salcido & Toms LLP
>35 North Lake Avenue, Suite 670
>Pasadena, CA 91101
>jhunter@HSTpasadena.com
>rtoms@HSTpasadena.com

DATED this 4th day of September, 2018.

/s/ Brian Neach
Brian Neach
Attorneys for Tiancheng
International, Inc., USA

Robert L. Toms, Esq. – SBN 118376
John Logan Hunter, Esq. – SBN 119877
Hunter Salcido & Toms LLP
35 North Lake Avenue, Suite 670
Pasadena, California 91101
Telephone:  (626) 568-2500
Facsimile:  (626) 568-2800
E-Mail:     jhunter@HSTpasadena.com
E-Mail:     rtoms@HSTpasadena.com

Thomas B. Fiddler, Esq. (Admitted *Pro Hac Vice*)
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103-7395
Telephone:  (215) 864-7081
Facsimile:  (215) 789-7564
E-Mail:     fiddlert@whiteandwilliams.com

Attorneys for Petitioner
TIANJIN PORT FREE TRADE ZONE
INTERNATIONAL TRADE SERVICE CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| **TIANJIN PORT FREE TRADE ZONE INTERNATIONAL TRADE SERVICE CO., LTD.**, <br><br> Petitioner, <br><br> v. <br><br> **TIANCHENG INTERNATIONAL, INC. USA**, <br><br> Respondent. | Civil Action No. 5:17-cv-02127-PA (SHKx) <br><br> **JOINT TRIAL EXHIBIT LIST** <br><br> Petition Filed:  October 17, 2017 <br> Trial Date:     September 18, 2018 |

   Petitioner, Tianjin Port Free Trade Zone International Trade Service Co., Ltd. ("Tianjin Port Free"), and Respondent, Tiancheng International, Inc. USA ("Tiancheng"), submit the following Joint Trial Exhibit List. A Final Trial Exhibit Stipulation will be filed separately.

21467601v.3

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Petitioner's Exhibits ||||
| 1. | Arbitral Award from CIETAC dated October 9, 2015 with Certification | 9/18/2018 | 9/18/2018 |
| 2. | Respondent Tiancheng International, Inc. USA's ("Tiancheng") Responses to Petitioner's Interrogatories, Set One | 9/18/2018 | 9/18/2018 |
| 3. | Sales Contract between Tianjin Port Free Trade Zone International Trade Service Co., Ltd. ("Tianjin Port Free") and Tiancheng dated 3/5/14 | | |
| 4. | Invoice from Tianjin Port Free to Tiancheng dated 3/5/14 | | |
| 5. | Packing List by Tianjin Port Free, billed to Tiancheng, dated 3/5/14 | | |
| 6. | China Ocean Shipping Agency Head Office Bill of Lading for goods sent by Tianjin Port Free to Tiancheng | | |
| 7. | Shipping Receipt from Tianjin Port Free to Tiancheng | | |
| 8. | Notice of Arbitration from China International Economic Trade Arbitration Commission dated July 14, 2015 with Confirmation of Shipment to Tiancheng | | |

21467601v.3

|     |                                                                                                                                |           |   |
| --- | ------------------------------------------------------------------------------------------------------------------------------ | --------- | - |
| 9.  | Notice from China International Economic Trade Arbitration Commission to Tiancheng dated September 1, 2015                     |           |   |
| 10. | Notice from CIETAC Arbitral Award to Tiancheng dated October 9, 2015 with Confirmation of Shipment to Tiancheng                |           |   |
| 11. | Commercial Invoice from Tianjin Port Free to Tiancheng dated March 5, 2014                                                     | 9/18/2018 |   |
| Respondent's Exhibits ||||
| 20. | Invoices showing purchase prices of Creatine Monohydrate, Betaine HCL, and Betaine Nitrate                                     | 9/18/2018 |   |
| 21. | Emails between Petitioner representatives and email address "@tianchengpharma.com"                                             |           |   |

DATED:  September 11, 2018

WHITE AND WILLIAMS LLP

By:   /s/ Thomas B. Fiddler
         Thomas B. Fiddler

Attorneys for Petitioner
TIANJIN PORT FREE TRADE ZONE INTERNATIONAL TRADE SERVICE CO., LTD.

PACHECO AND NEACH PC

By:  /s/ Brian Neach
        Brian Neach

Attorneys for Respondent
TIANCHENG INTERNATIONAL, INC. USA

-3-

21467601v.3

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA           )
                                                      )ss.
COUNTY OF LOS ANGELES    )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 35 North Lake Avenue, Suite 670, Pasadena, California, 91101.

      I hereby certify that on September 11, 2018, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system: **TRIAL EXHIBIT DECLARATION**

      Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

      Executed on September 11, 2018, at Pasadena, California.

      I declare that I am employed in the office of a member of the Bar for this Court at whose direction this service was made.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Julie Carroll